

*Tri-State Paper Co.*
*149 e, church st.*
*Blackwood, NJ  08012*
*215-455-4506*
*215-455-4509*

**Statement**
*Page 1 of 1*
*16-Nov-2023*



| *Customer* | |
|---|---|
| DELAWARE RIVER WATERFRONT CORP | |
| 121 N. COLUMBUS BLVD. | |
| PHILADELPHIA, PA  19106 | |

| Account# | Total Due | Current |
|---|---|---|
| 1078 | $10,587.46 | $0.00 |

| *31-45 Days* | *46-60 Days* | *61-90 Days* | *91-120 Days* | *120+ Days* |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $1,557.78 | $9,029.68 |

| *Invoice* | *Invoice Date* | *Due Date* | *Type* | *Invoice Amt* | *Amount Due* | *Status* | *P.O. Number* |
|---|---|---|---|---|---|---|---|
| 2030922 | 28-Apr-23 | **28-Apr-23** | IN | $3,963.06 | **$3,963.06** | Delinquent | |
| 2030923 | 28-Apr-23 | **28-Apr-23** | IN | $2,707.67 | **$2,707.67** | Delinquent | |
| 2032214 | 29-Jun-23 | **29-Jun-23** | IN | $2,358.95 | **$2,358.95** | Delinquent | |
| 2032866 | 7-Aug-23 | **7-Aug-23** | IN | $1,548.28 | **$1,548.28** | Delinquent | |
| 2032960 | 10-Aug-23 | **10-Aug-23** | IN | $9.50 | **$9.50** | Delinquent | |