*Form PL262* (12/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Tri−State Paper, Inc. | ) | Case No. 23−13237−pmm |
| Debtor(s) | ) | Chapter 11 |
| | ) | |
| Tri−State Paper, Inc. | ) | |
| Plaintiff | ) | |
| | ) | Adversary No. 24−00013−pmm |
| v. | ) | |
| | ) | |
| Delaware River Waterfront Corporation | ) | |
| Defendant | ) | |

## DEFAULT JUDGMENT

Before Judge Patricia M. Mayer

    AND NOW, in accordance with Request for Entry of Default Judgment, against Delaware River Waterfront Corporation it is

    ORDERED that judgment by default be and the same is hereby entered in favor of Tri−State Paper, Inc., Plaintiff, in the amount of Ten thousand five hundred eighty seven dollars and forty six cents ($10,587.46), plus costs in the amount Three hundred fifty dollars and zero cents ($350.00), for a total of Ten thousand nine hundred thirty seven dollars and forty six cents ($10,937.46) sum certain

Date: April 30, 2024

FOR THE COURT

ATTEST:

_____
Timothy B. McGrath
Clerk of Court